IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:13CR294-MHT |
| | ) | |
| DAVID BERNARD GRACE | ) | |

## SECOND PRETRIAL CONFERENCE ORDER

A pretrial conference was held on 2/20/2014 before the undersigned Magistrate Judge. Present at this conference was Assistant United States Attorney Kevin Davidson, counsel for the government. As a result of the conference, it is hereby

ORDERED as follows:

1. Jury selection is set for 7/14/2014. The trial of this case has been continued to the trial term commencing on 7/14/2014 at 10:00 a.m. in Dothan, Alabama before Senior United States District Judge Myron H. Thompson and is expected to last three days for trial.

2. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however, that the deadline for the filing of pretrial, dispositive motions is not extended.

3. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on 7/2/2014. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and

if that plea, for whatever reason is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 7/14/2014. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 7/14/2014, as to all defendants, even though a particular guilty plea was not accepted by the court.

4. This case is set for a final pretrial conference on 5/29/2014 at 9:00 a.m. in Courtroom 5A.

Done this 24th day of February, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE