IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO. 1:13-cr-294-MHT |
| | ) | |
| **DAVID BERNARD GRACE** | ) | |

## MOTION TO WITHDRAW COUNSEL

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Tommie Brown Hardwick be granted leave to withdraw from the above-styled case. Assistant United States Attorney Kevin P. Davidson will continue representing the United States on all remaining criminal forfeiture matters.

A proposed Order is filed herewith.

Respectfully submitted this 5th day of June, 2014.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Tommie.Hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

           Respectfully submitted,

           **/s/Tommie Brown Hardwick**
           TOMMIE BROWN HARDWICK
           Assistant United States Attorney