# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | * |
| | * |
| vs. | *   Case No: 1:13-cr-00294-MHT-WC |
| | * |
| **DAVID BERNARD GRACE,** | * |
| | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE TRIAL

*COMES NOW* Defendant David Bernard Grace, by and through the undersigned co-counsel, and moves the Court to grant his request to continue the trial of this case currently set to begin July 14, 2014, and in support of the requested relief shows the following:

1. The Government and the Defendant have reached an agreement in their attempts to settle this case that the Defendant will apply for pre-trial diversion.

2. The parties believe it is probable the Defendant's application will be granted.

3. In order to process his application and to potentially implement the pre-trial diversion program, it will be necessary to refer the Defendant to the United States Probation and Pretrial Services for evaluation and investigation.

4. In order to process the application and to potentially implement the pre-trial diversion program, the United States Attorney's office will be required to formulate and draft documents to formalize the parties' agreement(s).

5. The parties believe there will not be sufficient time before the scheduled court date for the evaluation, investigation and drafting to be completed.

6. The undersigned has discussed this matter and the presentation of this motion with Defendant, co-counsel for the Defendant and the Government prosecutors, who concur.

*WHEREFORE*, with knowledge and consent of the Government prosecutors, the Defendant prays the Court will grant his request that the trial of this case set to begin July 14, 2014, in Dothan, Alabama, be discontinued for a period of time sufficient for the parties to complete the process of their attempt to dispose of this case without the necessity of a jury trial.

**s/ Derek E. Yarbrough**
**Derek E. Yarbrough**
Bar Number: ASB-6664-R63D
Motley, Motley & Yarbrough, LLC
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
E-mail: motley@graceba.net

Co-Counsel:
**Thomas K. Brantley (BRA040)**
Brantley & Haywood
401 North Foster Street
Dothan, Alabama 36303
(334) 793-9009

### CERTIFICATE OF SERVICE

I certify that on June 26, 2014, the foregoing motion was filed with the Clerk of the Court using the CM/ECF filing system, which will provide electronic notification to:

A. Clark Morris
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
clark.morris@usdoj.gov

Kevin P. Davidson
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
kevin.p.davidson@usdoj.gov

**s/ Derek E. Yarbrough**
**Derek E. Yarbrough**